```
                                                FILED
                                           08 JUN 10 PM 12:28
                                           RICHARD W. WIEKING
                                           CLERK, U.S. DISTRICT COURT
                                           NORTHERN DISTRICT OF CALIFORNIA
```

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____ )
                           )
         Plaintiff,        )    CASE NO.  CV 08 2485
                           )
   vs.                     )    PRISONER'S
                           )    APPLICATION TO PROCEED
                           )    IN FORMA PAUPERIS    PJH
         Defendant.        )
_____ )                         (PR)

I, __Ricky Sanders__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?    Yes ____    No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  ___- N/A -_____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or            Yes ___ No ✗
10         self employment
11    b.   Income from stocks, bonds,         Yes ___ No ✗
12         or royalties?
13    c.   Rent payments?                     Yes ___ No ✗
14    d.   Pensions, annuities, or            Yes ___ No ✗
15         life insurance payments?
16    e.   Federal or State welfare payments, Yes ___ No ✗
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                     Yes ___ No ✗
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 2 -

| | | |
|---|---|---|
|1| b. | List the persons other than your spouse who are dependent upon you for |
|2| | support and indicate how much you contribute toward their support. (NOTE: |
|3| | For minor children, list only their initials and ages.  DO NOT INCLUDE |
|4| | THEIR NAMES.). |

5  _____

6  _____

7  5. Do you own or are you buying a home?                Yes ____ No ✗

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6. Do you own an automobile?                            Yes ____ No ✗

10 Make _____ Year _____ Model _____

11 Is it financed? Yes ____ No ____ If so, Total due: $ _____

12 Monthly Payment: $ _____

13 7. Do you have a bank account? Yes ____ No ✗ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s):  $ _____

17 Do you own any cash? Yes ____ No ____ Amount: $ _____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.)  Yes ____ No ____

20 _____

21 8. What are your monthly expenses?

22 Rent: $ _____ Utilities: _____

23 Food: $ _____ Clothing: _____

24 Charge Accounts:

25 Name of Account          Monthly Payment          Total Owed on This Acct.

26 _____          $ _____         $ _____

27 _____          $ _____         $ _____

28 _____          $ _____         $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ☒

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6/4/08                                    /s/ Ricky Smith

DATE                                      SIGNATURE OF APPLICANT

1
2                                                      Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                         **IN**
10                              **PRISONER'S ACCOUNT**
11

12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of ___Sanders, Ricky___ for the last six months
                                          [prisoner name]
14  ___Central Valley MCCF___ where (s)he is confined.
        [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ ___0___ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $___0___.
18
19  Dated: 6·5·08                          GEO Counselor Palomo
                                           [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

```
                       CENTRAL VALLEY
================================================================
                    Resident Account Statement
                  Wednesday, June 04, 2008  @14:51
================================================================
For CDC: V26524    SANDERS, RICKY
----------------------------------------------------------------
  Date    Description              +         -      Avail   Owed   Held  Reference
----------------------------------------------------------------
05/01/2008 INITIAL DEPOSIT         --        --      0.00   0.00   0.00
05/15/2008 11-24                 50.00       --     50.00   0.00   0.00
05/15/2008 OID:100029859-ComisaryPurch-Reg   --    35.48   14.52   0.00   0.00
05/19/2008 PHOTO COPY 2@.10 V26524 SANDERS,R --     0.20   14.32   0.00   0.00
05/29/2008 OID:100030197-ComisaryPurch-Reg   --    14.12    0.20   0.00   0.00
                                 -----     ------
                       Totals:   50.00    (49.80)
                       NetWorth:                    0.20
```



---
Page 1

R. SANDERS
V26590/B4/46
PO Box 4SP
McFarland, Ca 93250

RECEIVED
JUN 06 2008
CENTRAL VALLEY
MCCF

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

