1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  CATHERINE A. RIVLIN, State Bar No. 115210
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5977
    Fax:  (415) 703-1234
8   Email:  Catherine.Rivlin@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICKY RENEE SANDERS,**<br><br>Petitioner,<br><br>v.<br><br>**JAMES E. TILTON, Warden,**<br><br>Respondent. | C 08-2485 PJH (PR)<br><br>**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE MOTION** |

For the reasons stated in the accompanying declaration of counsel, respondent hereby requests a 30-day enlargement of time until September 15, 2008, within which to answer the petition for writ of habeas corpus in this case or file any other appropriate motion. As explained in the declaration, counsel for respondent has obtained the state court appellate record and has requested the remaining state court record for lodging, but has been burdened by earlier-assigned cases. A stipulation has not been sought because petitioner is an incarcerated state prisoner who is representing himself.

///

///

///

1     WHEREFORE, respondent respectfully requests that this Court grant an extension of time
2 to and including September 16, 2008, in which to file the answer.

3     Dated: August 7, 2008

4                       Respectfully submitted,

5                       EDMUND G. BROWN JR.
                        Attorney General of the State of California

6                       DANE R. GILLETTE
7                       Chief Assistant Attorney General

                        GERALD A. ENGLER
8                       Senior Assistant Attorney General

                        PEGGY S. RUFFRA
9                       Supervising Deputy Attorney General

10

11

12                       /s/ Catherine A. Rivlin
                      _____
13                       CATHERINE A. RIVLIN
                      Supervising Deputy Attorney General
14                       Attorneys for Respondent

15 Sanders Appl for EOT.wpd
16 SF2008200102

17

18

19

20

21

22

23

24

25

26

27

28

Application for Enlargement of Time                        *Ricky Renee Sanders v. James E. Tilton*, Warden
                                                                                                    C 08-2485 PJH (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Ricky Renee Sanders v. James E. Tilton,Warden*     No.:  **C 08-2485 PJH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 8, 2008</u>, I served the attached:

**1.  APPLICATION FOR ENLARGEMENT OF TIME TO
FILE ANSWER OR RESPONSIVE MOTION**;
**2.  DECLARATION COUNSEL IN SUPPORT OF SUPPORT OF
APPLICATION FOR ENLARGEMENT OF TIME; and 3.  ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Ricky Renee Sanders
SPN# V-26524
Central Valley MCCF
P.O. Box 458
McFarland, CA 93250

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 8, 2008, at San Francisco, California.

|  J. Espinosa  |  /s/ J. Espinosa  |
| :---: | :---: |
| Declarant | Signature |

sandersfheotpos.wpd
SF2008200102

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  CATHERINE A. RIVLIN, State Bar No. 115210
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5977
    Fax:  (415) 703-1234
8   Email:  Catherine.Rivlin@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICKY RENEE SANDERS,** | C 08-2485 PJH (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME** |
| v. | |
| **JAMES E. TILTON, Warden,** | |
| Respondent. | |

I, Catherine A. Rivlin, declare under penalty of perjury as follows:

I am the California Supervising Deputy Attorney General assigned to handle the above-encaptioned case.  I have obtained the appellate file and requested additional state records.  I was the responsible deputy on the direct appeal, am also assigned the case of co-defendant Ceriaco Cabrellis, now pending as *Ceriaco Cabrellis v. M. C. Kramer, Warden*, in case number C 08-1785 JSW, and thus have familiarity with the case, issues, and facts. However the press of earlier assigned cases has prevented my devoting substantial attention to this case to date.  In the most recent 30 days, I have been out of the office from July 4 through July 15, 2008, and filed respondent's (or appellee's) briefs in *People v. Parker*, A117498, and *Joseph v. Kane*, 07-15224. In addition to a full caseload, I manage a team of eleven attorneys and paralegals and critically review/edit every

1 | pleading they draft.  I have not attempted to contact petitioner, who is representing himself in this
2 | proceeding, because he is incarcerated in state prison and cannot be conveniently reached.
3 |         I declare under penalty of perjury of the laws of the State of California and the United
4 | States of America that the foregoing is true and correct.  Executed at San Francisco, California on
5 | August 7, 2008.

                                Respectfully submitted,

                                EDMUND G. BROWN JR.
                                Attorney General of the State of California

                                DANE R. GILLETTE
                                Chief Assistant Attorney General

                                GERALD A. ENGLER
                                Senior Assistant Attorney General

                                PEGGY S. RUFFRA
                                Supervising Deputy Attorney General


                                /s/ Catherine A. Rivlin
                                _____
                                CATHERINE A. RIVLIN
                                Supervising Deputy Attorney General
                                Attorneys for Respondent

sandersfheotdec.wpd
SF2008200102

Decl. of Counsel in Supp. of Appl. for Enl. of Time          *Ricky Renee Sanders v. James E. Tilton, Warden*
                                                             C 08-2485 PJH (PR)
2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Ricky Renee Sanders v. James E. Tilton, Warden**     No.: **C 08-2485 PJH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 8, 2008</u>, I served the attached:

1. **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE MOTION**;
2. **DECLARATION COUNSEL IN SUPPORT OF SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME; and 3. ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Ricky Renee Sanders
SPN# V-26524
Central Valley MCCF
P.O. Box 458
McFarland, CA 93250

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 8, 2008, at San Francisco, California.

|           J. Espinosa           |           /s/ J. Espinosa           |
|:-------------------------------:|:-----------------------------------:|
|            Declarant            |             Signature               |

sandersfheotpos.wpd
SF2008200102

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICKY RENEE SANDERS,** | C 08-2485 PJH (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES E. TILTON, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until September 16, 2008, to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer. He may file and serve an opposition or statement of non-opposition within thirty (30) days of his receipt of a motion to dismiss, if any.

**IT IS SO ORDERED.**

DATED: _____          _____
                                                                           PHYLLIS J. HAMILTON
                                                                           United States District Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Ricky Renee Sanders v. James E. Tilton, Warden**     No.: **C 08-2485 PJH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 8, 2008</u>, I served the attached:

1. **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE MOTION**;
2. **DECLARATION COUNSEL IN SUPPORT OF SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME; and 3. ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Ricky Renee Sanders
SPN# V-26524
Central Valley MCCF
P.O. Box 458
McFarland, CA 93250

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 8, 2008, at San Francisco, California.

|  J. Espinosa  |  /s/ J. Espinosa  |
| :---: | :---: |
| Declarant | Signature |

sandersfheotpos.wpd
SF2008200102